**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CALIFORNIA SEA URCHIN COMMISSION; CALIFORNIA ABALONE ASSOCIATION; COMMERCIAL FISHERMEN OF SANTA BARBARA, *Plaintiffs-Appellants*, | No. 15-56672<br><br>D.C. No. 2:14-cv-08499-JFW-CW |

v.

MICHAEL BEAN, in his official capacity as Acting Assistant Secretary for Fish & Wildlife & Parks, Department of Interior; DEPARTMENT OF INTERIOR; DANIEL M. ASHE, in his official capacity as Director of the United States Fish & Wildlife Service; UNITED STATES FISH & WILDLIFE SERVICE,
            *Defendants-Appellees*,

and

CENTER FOR BIOLOGICAL DIVERSITY; DEFENDERS OF WILDLIFE; ENVIRONMENTAL DEFENSE CENTER; FRIENDS OF THE SEA OTTER; HUMANE SOCIETY OF THE UNITED STATES; LOS ANGELES WATERKEEPER; THE OTTER PROJECT,
    *Intervenor-Defendants-Appellees.*

CALIFORNIA SEA URCHIN
COMMISSION; CALIFORNIA ABALONE
ASSOCIATION; CALIFORNIA LOBSTER
AND TRAP FISHERMEN'S
ASSOCIATION; COMMERCIAL
FISHERMEN OF SANTA BARBARA,
*Plaintiffs-Appellants*,

v.

RACHEL JACOBSON, in her official
capacity as Acting Assistant
Secretary for Fish and Wildlife &
Parks, Department of Interior; U.S.
DEPARTMENT OF THE INTERIOR;
DANIEL M. ASHE, in his official
capacity as Director of the United
States Fish and Wildlife Service;
UNITED STATES FISH AND WILDLIFE
SERVICE,
*Defendants-Appellees*,

FRIENDS OF THE SEA OTTER;
HUMANE SOCIETY OF THE UNITED
STATES; DEFENDERS OF WILDLIFE;
CENTER FOR BIOLOGICAL DIVERSITY;
THE OTTER PROJECT;
ENVIRONMENTAL DEFENSE CENTER;
LOS ANGELES WATERKEEPER,
*Intervenor-Defendants-Appellees.*

No. 17-55428

D.C. No.
2:13-cv-05517-
DMG-CW

ORDER

Filed April 18, 2018

Before:  Kim McLane Wardlaw and Ronald M. Gould, Circuit Judges, and Lawrence L. Piersol,* District Judge.

---

**ORDER**

The opinion in the above-captioned matter filed on March 1, 2018, is amended as follows:

At slip opinion page 11, lines 27–30, delete the words <In 2009, Friends of the Sea Otter and other environmental organizations sued the Service for unreasonable delay in terminating the translocation program. *Cal. Sea Urchin Comm'n*, 828 F.3d at 1048.> and replace them with <In 2009, The Otter Project and Environmental Defense Center sued the Service for unreasonable delay in terminating the translocation program.>

At slip opinion page 11, line 32, delete <*Id.*>.

**IT IS SO ORDERED.**

---

* The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, sitting by designation.